MAE L. LECHNER et al., Respondents-Appellants, *v.* FRANK LECHNER, Appellant-Respondent.

Submitted April 11, 1955; decided April 21, 1955.

Motions granted.